## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE DIVISION

| | | |
|---|---|---|
| VIP STARNETWORK, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:22-cv-543 |
| | § | |
| RPE PRODUCTIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and Local Rule 81.1, Defendant RPE Productions, LLC ("RPE") hereby removes this action from the Second Judicial District Court of Bernalillo County, New Mexico, and respectfully shows the Court as follows:

## GROUNDS FOR REMOVAL

1.      As set forth below, removal to this Court is proper because this controversy is between parties of diverse citizenship and an amount in controversy that exceeds $75,000. 28 U.S.C. § 1332.

2.      28 U.S.C. § 1446 provides that a notice of removal shall contain "a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446(a). Attached as **Exhibit A** hereto is a true and correct copy of all process, pleadings, and orders served upon RPE in this action.

3.      Under 28 U.S.C. § 1441, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the

place where such action is pending."  28 U.S.C. § 1441(a).  28 U.S.C. § 1332 provides that the

"district courts shall have original jurisdiction of all civil actions where the matter in controversy

exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of

different States" or between "citizens of a State and citizens or subjects of a foreign state."  28

U.S.C. § 1332(a)(1)-(2).

4.      Unlike corporations, whose citizenship is determined by its place of incorporation

and principal place of business, "a limited liability company 'takes the citizenship of all its

members.'"  *Spring Creek Expl. & Prod. Co., LLC v. Hess Bakken Inv., II, LLC*, 887 F.3d 1003,

1014 (10th Cir. 2018) (quoting *Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233,

1234 (10th Cir. 2015)); *see also Gerson v. Logan River Acad.*, 20 F.4th 1263, 1269 n.2 (10th Cir.

2021).

5.      In the present case, Plaintiff VIP StarNetwork, LLC is a limited liability company

whose sole member appears to be Johonniuss Chemweno, who is a citizen of and domiciled in New

Mexico.  Attached hereto as **Exhibit B** is a true and correct copy of VIP's entity detail taken from

the New Mexico Secretary of State website.

6.      RPE is a limited liability company whose sole member is RP Entertainment, Inc.,

which is a corporation incorporated in Delaware with its principal place of business in Vancouver,

Canada.  Attached hereto as **Exhibit C** is the Declaration of Paddy Bickerton, one of RPE's co-

managers.

7.      Because VIP demands over $1,000,000 in its complaint, the amount in controversy

requirement is satisfied.  Exhibit A.  This removal is timely under 28 U.S.C. § 1446(b)(1) because

RPE was served with the complaint and summons on July 12, 2022.  *Id.*  Pursuant to 28 U.S.C. §

1446(d), RPE will promptly file a notice with the clerk of the state court, notifying the state court

and VIP of this removal, which shall effect the removal to this Court.

 **WHEREFORE,** RPE respectfully removes this case from the Second Judicial District

Court of Bernalillo County, New Mexico to this Court.

     Respectfully submitted,

     **THE SIMONS FIRM, LLP**

By: /s/ *Quinn Scott Simons*_____
   Quinn Scott Simons
   New Mexico Bar No. _____
   1660A Old Pecos Trail
   Santa Fe, New Mexico 87505
   (505) 988-5600 (telephone)
   (505) 982-0185 (facsimile)
   qsimons@simonsfirm.com

   -and-

   **GREENBERG TRAURIG, LLP**

   Gregory J. Casas (*pro hac* motion to be filed)
   Texas Bar No. 00787213
   R. Kent Love (*pro hac* motion to be filed)
   Texas Bar No. 24102114
   300 West 6th Street, Suite 2050
   Austin, Texas 78701
   (512) 320-7200 (telephone)
   (512) 320-7210 (facsimile)
   casasg@gtlaw.com
   lovek@gtlaw.com

   ***Attorneys for RPE Productions, LLC***

<u>**CERTIFICATE OF SERVICE**</u>

 The undersigned certifies that on July 22, 2022, a true and correct copy of the foregoing was served, upon filing, via the Court's CM/ECF system upon all parties requesting electronic notification in this case as well as via email on counsel for Plaintiff.

     /s/ *Quinn Scott Simons*_____
     Quinn Scott Simons